# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING MOTION TO EXTEND SCOPE OF REPRESENTATION** |
| vs. | ) | |
| Shawn Dean Baker, | ) | |
| Defendant. | ) | Case No. 4:14-cr-021 |

Before the court is a "Motion for Leave on Scope of Representation" filed by Defendant Shawn Dean Baker on May 29, 2014. Defendant is charged with Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Distribution of Heroin. Attorney James M. Cailao has been appointed as counsel for defendant.

In the motion now before the court, Mr. Cailao seeks leave to extend his representation to include resolution of an existing arrest warrant issued in Burleigh County Case No. 08-93-K-02659. Pursuant to 18 U.S.C. § 3006A(c), appointed counsel's representation of a defendant may extend to "ancillary matters appropriate to the proceedings." The court finds that extending the scope of Mr. Cailao's representation to include resolution of the warrant is appropriate in the case. Accordingly, defendant's motion (Docket No. 28) is **GRANTED**. Mr. Cailao is authorized to make reasonable attempts to secure release of the warrant and any detainer but not to represent defendant in the underlying state criminal case.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court